**Electronically Filed
Supreme Court
SCWC-14-0001337
21-JUN-2018
10:57 AM**

SCWC-14-0001337

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

STATE OF HAWAI‘I,
Respondent/Plaintiff-Appellee,

vs.

HERWIN MAGBULOS,
Plaintiff/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0001337; CR. NO. 13-1-0696)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ.,
and Circuit Judge Kubo, in place of Wilson, J., recused)

Petitioner/Plaintiff-Appellant State of Hawaii's

application for writ of certiorari filed on May 9, 2018, is

hereby rejected.

DATED: Honolulu, Hawai‘i, June 21, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack



/s/ Edward H. Kubo, Jr.